1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169
7
8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  RENEE SMITH,                    )
                                    )
13          Plaintiff,              )    CIVIL NO.  04-03312 MMC
                                    )
14          v.                      )    STIPULATION AND ORDER
                                    )    APPROVING COMPROMISE
15  JO ANNE B. BARNHART,            )    SETTLEMENT OF ATTORNEY
    Commissioner of Social Security,)    FEES PURSUANT TO THE EQUAL
16                                  )    ACCESS TO JUSTICE ACT
                                    )
17          Defendant.              )
    _____)

18          IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19  subject to approval by the Court, that

20          1).  Plaintiff withdraws her petition for EAJA attorney's fees filed November 2, 2005.

21  Therefore, no hearing on the motion is necessary;

22          2).  Plaintiff's attorney receive the following:

23          Defendant shall pay TWO THOUSAND NINE HUNDRED THIRTY EIGHT DOLLARS

24  AND EIGHTY CENTS ($2,938.80), pursuant to the Equal Access to Justice Act (EAJA), for

25  attorney fees incurred in this court action. [1]  The check is to be payable to plaintiff's counsel:

26                        JAMES H. MILLER
                 BOX 10891 GRAND LAKE STATION
27                      OAKLAND, CA 94610
                    (510) 451-2132 fax: 0824
28
            3).  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

_____

1/.  This amount includes costs.

1    constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

2    Act.

3             4).  Payment of the TWO THOUSAND NINE HUNDRED THIRTY EIGHT DOLLARS

4    AND EIGHTY CENTS ($2,938.80) EAJA fees incurred in this court action, will constitute a

5    complete release from and bar to any and all claims, rights, causes of action, liens or subrogated

6    interests relating to attorney fees pursuant to the EAJA as a result of this court action.

7

8

9

10   Dated:  November 8, 2005                    /s/
                                          JAMES HUNT MILLER
                                          Attorney for Plaintiff
11

12                                         KEVIN V. RYAN
                                          United States Attorney
13

14

15

16   Dated:  November 8, 2005           By:       /s/
                                          SARA WINSLOW
                                          Assistant United States Attorney
17

18   PURSUANT TO STIPULATION, IT IS SO ORDERED:

19

20

21

22   Dated:  November 9, 2005
                                          _____
23                                         MAXINE M. CHESNEY
                                          United States District Judge
24

25

26

27

28

SMITH,  EAJA STIP (jt)
C 04-03312 MMC                              2